## BUCHANAN *v.* THE STATE.

LITTLE, J. The evidence was amply sufficient to support the verdict rendered; the charges complained of were applicable to the testimony, and were not, for any reason alleged, erroneous; nor was there any error in "not charging" the various propositions which the motion for a new trial alleges should have been given to the jury. The record as a whole discloses no sufficient reason for disturbing the judgment of the trial court.

*Judgment affirmed. All concurring, except Cobb, J., absent.*

Argued February 22, — Decided March 22, 1898.

Conviction of shooting at another. Before Judge Sweat. Ware superior court. November term, 1897.

*Leon A. Wilson,* for plaintiff in error.

*John W. Bennett, solicitor-general,* contra.